IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03029-AP

KIM BENEFIELD WARD,

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Karl E. Osterhout, Esq.
Osterhout Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Ph.: 412-794-8003
Fax: 412-794-8050
Karl@mydisabilityattorney.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

**Christina J. Valerio**
Special Assistant United States Attorney
Office of the General Counsel, Region VIII
1961 Stout Street
Suite 4169
Denver, CO 80294-4003
303-844-7348
Fax: 303-844-0770
Email: christina.valerio@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed: November 6, 2013**

    **B.     Date Complaint Was Served on U.S. Attorney's Office: January 27, 2014**

    **C.     Date Answer and Administrative Record Were Filed: March 26, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due: May 27, 2014**

    **B.     Defendant's Response Brief Due: June 27, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due: July 11, 2014**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**   Plaintiff's Statement: Plaintiff does not request oral argument.

    **B.**   Defendant's Statement: Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**   **( )**   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**   **( X )**   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 15th day of April, 2014.

                                                                                BY THE COURT:

                                                                                *s/John L. Kane*
                                                                                U.S. DISTRICT COURT JUDGE

| APPROVED: | John F. Walsh |
| --- | --- |
|  | United States Attorney |
| s/ Karl E. Osterhout | s/ Christina J. Valerio |
| KARL E. OSTERHOUT, ESQ. | By: **CHRISTINA J. VALERIO** |
| 521 Cedar Way, Suite 200 | Special Assistant U.S. Attorney |
| Oakmont, PA 15139 | Social Security Administration, Region VIII |
| Telephone: 412-794-8003 | Office of the General Counsel |
| Facsimile: 412-794-8050 | 1961 Stout Street, Suite 4169 |
| *Karl@mydisabilityattorney.com* | Denver, CO 80294-4003 |
|  | 303-844-7348 |
|  | Fax: 303-844-0770 |
|  | christina.valerio@ssa.gov |